UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*December 03, 2025*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **WALTER LEONEL PEREZ RODRIGUEZ**, Defendant. | Case No. __4:25-cr-00651__ |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

### Assaulting, Resisting, or Impeding a Federal Officer

On or about November 3, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**WALTER LEONEL PEREZ RODRIGUEZ**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim, a United States Immigration and Customs Enforcement deportation officer with the Department of Homeland Security, while that person was engaged in and on account of the performance of official duties, and caused physical contact and inflicted bodily injury.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

### COUNT TWO

On or about November 3, 2025, in the Houston Division of the Southern District of Texas, the Defendant,

**WALTER LEONEL PEREZ RODRIGUEZ**

an alien who previously had been denied admission, excluded, deported, and removed from the United States, after having been convicted of a felony offense, knowingly and unlawfully was

present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b).

                                      **A TRUE BILL:**

                                      Original Signature on File
                                      **FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

**BY:** _____
       **Keri Fuller**
       **Assistant United States Attorney**